1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARLEEN ADELA ORRANTE,                  )   Case No. EDCV 06-387 DOC(JC)
                                       )
                    Petitioner,        )   ~~(PROPOSED)~~
                                       )
        v.                             )   ORDER ADOPTING FINDINGS,
                                       )   CONCLUSIONS, AND
GLORIA HENRY, Warden,                  )   RECOMMENDATIONS OF
                                       )   UNITED STATES MAGISTRATE
                    Respondent.        )   JUDGE
_____        )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

Habeas Corpus by a Person in State Custody (the "Petition") and all of the records

herein, including the attached Report and Recommendation of United States

Magistrate Judge ("Report and Recommendation"), and petitioner's objections to

the Report and Recommendation ("Objections").  The Court has further made a *de

novo* determination of those portions of the Report and Recommendation to which

objection is made.  The Court concurs with and adopts the findings, conclusions,

and recommendations of the United States Magistrate Judge and overrules the

Objections except to the extent the Report and Recommendation refers to a

stipulation that the victim was shot "in the head," rather than to a stipulation that

the victim was shot. (Report and Recommendation at page 13, line 25, page 14,

///

1    line 13, and page 15, line 20).  This Court adopts the Report and Recommendation

2    except the three foregoing references to "in the head."

3          IT IS ORDERED that Judgment be entered denying the Petition and

4    dismissing this action with prejudice.

5          IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

6    Report and Recommendation, and the Judgment herein on counsel for petitioner

7    and respondent.

8          LET JUDGMENT BE ENTERED ACCORDINGLY.

9

10   DATED: September 29, 2009

11

12   _____

13   HONORABLE DAVID O. CARTER
     UNITED STATES DISTRICT JUDGE

2