UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEEN ADELA ORRANTE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GLORIA HENRY, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 06-387 DOC(JC)<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

　　Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

　　DATED: September 29, 2009

　　　　　　　　　　　　　　　　/s/ David O. Carter
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE DAVID O. CARTER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE